**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

IN RE: FORTIETH STATEWIDE      :  No. 76 WM 2018
INVESTIGATING GRAND JURY     :
                                        :
                                        :
PETITION OF: J.K.                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 14th day of December, 2018, in consideration of the Petition for Review, the temporary redaction of Petitioner's name and other identifying information from Report 1 of the Fortieth Statewide Investigating Grand Jury is made permanent. *See In re Fortieth Statewide Investigating Grand Jury*, 190 A.3d 560 (Pa. 2018); *In re Fortieth Statewide Investigating Grand Jury*, 2018 WL _____ (Pa. Dec. 3, 2018).

     The Application for Relief, seeking leave to file a reply, is GRANTED. The Motion to Unseal and the Application to Lift Stay are DENIED.

     Jurisdiction is relinquished.

     The instant order is unsealed.